**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILY EIDEM, AN INDIVIDUAL,<br><br>           Plaintiff,<br><br>     v.<br><br>TARGET CORPORATION; AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>           Defendants. | Case No. EDCV 10-01000 VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated:   August 24, 2011            _____
                                         VIRGINIA A. PHILLIPS
                                       United States District Judge